**No. 51589.**—Protests 37802–K, etc., of Novel Jewelry Importing Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51590.**—Protests 45095–K, etc., of Colonial Bead Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51591.**—Protests 55626–K, etc., of Eitinger Bead Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020), and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51592.**—Protests 3891–K, etc., of Samuel Barotz & Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). In accordance therewith the claim at 35 percent under paragraph 1503, or at 20 percent under the same paragraph, as modified by T. D. 49458, was sustained.

**No. 51593.**—Protests 975245–G, etc., of Ditbro Pearl Co. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United*